```
 1  William C. Hernquist II (SBN 138015)
 2  WILLIAM C. HERNQUIST II, A.P.C.
    8407 La Mesa Boulevard
 3  La Mesa, CA 91942
 4  Phone: (619) 687-2300
    Facsimile: (619) 687-2302
 5
 6  Attorney for Defendants
    ESTHER G. ELMASIAN, an individual, and
 7  ESTHER G. ELMASIAN d/b/a
    VALOR PROPERTY MANAGEMENT, a California fictitious entity
 8
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOBAN MANAGEMENT, INC., | Case No: 3:17-CV-02525-BEN-JMA |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ESTHER G. ELMASIAN, an individual, and ESTHER G. ELMASIAN d/b/a VALOR PROPERTY MANAGEMENT, a California fictitious entity; and DOES 1 through 50, inclusive, | Judge: Hon. Roger T. Benitez<br>Dept.: 5A |
| Defendants. | |
| ESTHER G. ELMASIAN, an individual, | |
| Counter-Claimant, | |
| v. | |
| HOBAN MANAGEMENT, INC.; THOMAS HOBAN, an individual; RENEE HOBAN, an individual; and ROES 1-30, inclusive, | |
| Counter-Defendants. | |

1

CERTIFICATE OF SERVICE - 3:17-CV-02525-BEN-JMA

The undersigned hereby certifies that she is an employee at William C. Hernquist II, A.P.C., 8407 La Mesa Boulevard, La Mesa, CA 91942; is a person of such age and discretion to be competent to serve papers; and that on January 31, 2018, she served copies of the following documents(s):

1) **DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM**

By transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system, through which all counsel of record are deemed served.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on January 31, 2018, a La Mesa, California.

*/s/ Marissa Hurt*
Marissa Hurt