FILED
OCT 10 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOBAN MANAGEMENT, INC., <br><br>　　　　　　　　　　Plaintiff, <br><br>v. <br><br>ESTHER G. ELMASIAN, an individual, and ESTHER G. ELMASIAN d/b/a VALOR PROPERTY MANAGEMENT, a California fictitious entity; and DOES 1 through 50, inclusive, <br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-02525-BEN-LL <br><br>**ORDER GRANTING THIRD JOINT MOTION FOR BINDING ARBITRATION AND STAY OF ENTIRE ACTION** <br><br>[Doc. No. 42] |
| ESTHER G. ELMASIAN, an individual, and VALOR PROPERTY MANAGEMENT, INC., a California corporation, <br><br>　　　　　　　　　　Counter-Claimants, <br><br>v. <br><br>HOBAN MANAGEMENT, INC.; THOMAS HOBAN, an individual; RENEE HOBAN, an individual; and ROES 1-30, inclusive, <br><br>　　　　　　　　　　Counter-Defendants. | |

The Court, having considered the parties' Third Stipulation and Joint Motion for Binding Arbitration and Stay of Entire Action ("Motion"), and good cause appearing, the Court hereby **GRANTS** the Motion and orders as follows:

1. Any and all controversies arising out of or relating to Plaintiff's affirmative claims and Counter-Claimants' counterclaims as set forth in the operative pleadings on file in this action are hereby ordered to binding arbitration before Hon. Ronald S. Prager, Ret. on April 4, 10, 13, 14, and 15, 2020.

2. The current stay shall remain in full force and effect until May 4, 2020, pending completion of arbitration, inclusive of all affirmative claims and counterclaims, as set forth in the operative pleadings. The parties' shall file a joint status report every sixty ("60") days from the date of this order to apprise the Court of the current status of the arbitration proceedings.

3. The Parties shall advise the Court within seven ("7") days of the granting of a final binding arbitration award or any other resolution affecting the outcome of the arbitration proceedings. They shall further cooperate to ensure the prompt filing of any documents with this Court necessary to facilitate entry of any documents with this Court necessary to facilitate entry of judgment in accordance with the arbitrators' final binding decision or to have the entire action dismissed in accordance with the resolution.

4. A Status Conference shall be held in this matter on May 4, 2020 at 10:30 am in Courtroom 5A. Should this matter be resolved through binding arbitration prior to this date, the Status Conference will be vacated.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
HON. ROGER T. BENITEZ
United States District Judge